# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, | ) |
|       Plaintiff, | ) Case No. 2:12-cv-01825-JAD-GWF |
| vs. | ) **ORDER** |
| BRIAN WILLIAMS, *et. al.* | ) |
|       Defendants. | ) |

This matter is before the Court on Travis Barrick's Application for Leave to Appear for the Limited Purpose to Participate in Settlement Discussions (#49), filed on March 12, 2015. Defendants' Response to the Application (#51) was filed on March 19, 2015.

Defendants do not oppose a limited appearance by Mr. Barrick on behalf of the Plaintiff so long as certain conditions are imposed on the appearance. Defendants have sufficiently established good cause for the proposed limitations. Accordingly,

**IT IS HEREBY ORDERED** that Travis Barrick's Application for Leave to Appear for the Limited Purpose to Participate in Settlement Discussion (#49) is **granted**.

**IT IS FURTHER ORDERED** that Travis Barrick shall not be listed as counsel of record in this case and that Plaintiff's status as a pro se litigant shall remain unchanged for all purposes except settlement discussions.

**IT IS FURTHER ORDERED** that Travis Barrick shall not seek to recover any fees stemming from his limited appearance in this case.

. . .

. . .

1 **IT IS FURTHER ORDERED** that, in the event settlement is not reached, Travis Barrick shall file a notice informing the Court that his limited appearance has terminated within seven days of receiving notice from Defendants that they intend to seek resolution of the case through litigation.

**DATED** this 20th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge