Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*For Limited Purposes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>         Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, SR., et al.,<br><br>         Defendants. | Case No.: 2:12-CV-01825-JAD-GWF<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

It is hereby stipulated between Plaintiff Phillip J. Lyons and the Defendants, through their respective counsel, to dismiss this matter with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each side to bear their own fees and costs.

| DATED this 25th day of June, 2015. | DATED this 26th day of June, 2015. |
|---|---|
| By: __/s/ Travis N. Barrick__<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br>& BECKSTROM, LC<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89117<br>tbarrick@vegascase.com<br>*Attorneys for Plaintiff*<br>*For Limited Purposes* | By: __/s/ Jared M. Frost__<br>Jared M. Frost, Esq.<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Litigation, Public Safety Division<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>jfrost@ag.nv.gov<br>*Attorneys for Defendants* |

- 1 -

## ORDER

**GOOD CAUSE APPEARING** and by stipulation of the parties,

It is hereby ordered that this matter is dismissed with prejudice, each side to bear their own fees and costs.

Dated: June 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 26th day of June, 2015, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| |
|---|
| Jared M. Frost, Esq.<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Litigation, Public Safety Division<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>jfrost@ag.nv.gov<br>*Attorneys for Defendants* |

By: /s/ Travis N. Barrick
    An employee of Gallian Welker & Beckstrom, LC

- 2 -